**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0000851**
**01-MAY-2015**
**03:55 PM**

NO. CAAP-12-0000851

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ANAISE M. LIVAI, Claimant-Appellant, v.
HILO MEDICAL CENTER, HAWAII HEALTH SYSTEMS
CORP., Self-Insured Employer-Appellee, and
ACCLAMATION INSURANCE MANAGEMENT SERVICES,
Third-Party Administrator-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2011-254(H))

ORDER DISMISSING APPEAL
(By: Fujise, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of Self-Insured Employer-Appellee

Hilo Medical Center, Hawaii Health Systems Corp. and Third-Party

Administrator-Appellee's Stipulation for Dismissal of Appeal

Pursuant to HRAP 42(B) Pursuant to Conditions Referenced Herein

filed on August 26, 2014, its Supplemental Notification to Court

of Status of Approval of Settlement Agreement by Labor and

Industrial Relations Appeals Board Submitted in Conjunction with

Stipulation for Dismissal of Appeal Pursuant to HRAP 42(B), and

the records and files herein,

IT IS HEREBY ORDERED as follows:

1. The Stipulation for Dismissal of Appeal Pursuant to HRAP 42(B) Pursuant to Conditions Referenced Herein filed on August 26, 2014, is approved;

2. Each party shall bear its own attorney's fees and costs; and

3. Appellate court case number CAAP-12-0000851 is dismissed.

DATED:    Honolulu, Hawai'i, May 1, 2015.

Presiding Judge

Associate Judge

Associate Judge